UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMAD KHAN,<br><br>    Plaintiff,<br><br>v.<br><br>HALEY MADSEN, et al.,<br><br>    Defendants. | Case No. 23-cv-06141 BLF (PR)<br><br>**ORDER DENYING MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*; DIRECTING PLAINTIFF TO PAY FULL FILING FEE**<br><br>(Docket No. 6) |

Plaintiff, a state prisoner, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has filed a motion for leave to proceed *in forma pauperis*.  Dkt. No. 6.  The motion is DENIED because Plaintiff has not shown an adequate level of poverty: the last statement balance from his trust account is $1,418.53.  *Id.* at 6.  Plaintiff must pay the **$405.00** filing fee **within twenty-eight (28) days** from the date this order is filed or face dismissal of this action for failure to pay the filing fee.

This order terminates Docket No. 6.

    **IT IS SO ORDERED.**

Dated: __March 14, 2024_____                 _/s/ Beth Labson Freeman_
                                                              BETH LABSON FREEMAN
                                                              United States District Judge

Order Denying IFP
PRO-SE\BLF\CR.23\06141Khan_deny.ifp