UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMAD KHAN,<br><br>    Plaintiff,<br><br>v.<br><br>HALEY MADSEN, et al.,<br><br>    Defendants. | Case No. 23-cv-06141 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO PAY FULL FILING FEE; GRANTING FINAL EXTENSION OF TIME; TERMINATING MOTIONS**<br><br>(Docket Nos. 20, 21) |

    Plaintiff, a state prisoner, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983. On March 14, 2024, the Court denied Plaintiff's motion for leave to proceed *in forma pauperis* ("IFP") because Plaintiff failed to show an adequate level of poverty: the last statement balance from his trust account was $1,418.53, Dkt. No. 6 at 6. Dkt. No. 15. In the last court order, Plaintiff was granted an extension of time until April 30, 2024, to pay the full filing fee. Dkt. No. 17.

    Plaintiff has filed a motion for further extension of time to pay the filing fee and instructions on how to pay filing fee online or by phone. Dkt. Nos. 20, 21. The motion for an extension of time is **GRANTED**. Plaintiff shall be granted one **final** extension of time to pay the filing fee **no later than May 14, 2024**. **No further extensions of time shall be granted.**

Plaintiff or a family member may obtain instructions on how to pay the filing fee by contacting the Clerk's Office. Payments may also be paid in person at the Clerk's Office during normal business hours. Alternatively, the full filing fee may be paid by check and mailed to the Court; payment must clearly indicate the case number and name in order to be properly credited to the appropriate action.

This order terminates Docket Nos. 20 and 21.

**IT IS SO ORDERED.**

Dated:  __May 3, 2024_____

_____
BETH LABSON FREEMAN
United States District Judge

Order Granting EOT to Pay
PRO-SE\BLF\CR.23\06141Khan_eot-fee