UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMAD KHAN,<br><br>    Plaintiff,<br><br>v.<br><br>HALEY MADSEN, et al.,<br><br>    Defendants. | Case No. 23-cv-06141 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT**<br><br><br>(Docket No. 31) |

Plaintiff, a California inmate, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against various officers at the Correctional Training Facility ("CTF"). Dkt. No. 5. On June 12, 2024, the Court dismissed the first amended complaint (Dkt. No. 11) with leave to amend to correct various deficiencies within twenty-eight days from the order. Dkt. No. 30. Plaintiff filed a motion for an extension of time until August 7, 2024, citing his pending move from the facility and lack of access to his materials, including a typewriter. Dkt. No. 31. He asks the Court to "accommodate him with reasonable accommodations under the ADA and Rehab Act due to his pain and bodily limitations at this time." *Id.* at 2.

Good cause appearing, Plaintiff's motion for an extension of time is **GRANTED**. Plaintiff shall file an amended complaint **no later than August 7, 2024**, as requested. As

for his request for "reasonable accommodations," Plaintiff should make such requests to the appropriate prison facility.

This order terminates Docket No. 31.

**IT IS SO ORDERED.**

Dated:  __July 2, 2024_____                    _____
                                                                    BETH LABSON FREEMAN
                                                                    United States District Judge

Order Granting Mot. for 2nd.EOT to File SAC
PRO-SE\BLF\CR.23/06141Khan_eot-SAC

2