UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MUHAMMAD KHAN,

    Plaintiff,

v.

HALEY MADSEN, et al.,

    Defendants.

Case No. 23-cv-06141  BLF (PR)

**ORDER OF DISMISSAL**

        Plaintiff, a state prisoner, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against prison staff at the Correctional Training Facility ("CTF"), where he is currently confined. Dkt. No. 5. On June 12, 2024, the Court screened the first amended complaint, Dkt. No. 11, and dismissed it with leave to amend to attempt to correct various deficiencies, including violating Federal Rules of Civil Procedures 18(a) and 20(a). Dkt. No. 30. Plaintiff was directed to file a second amended complaint within twenty-eight days of the order. *Id.* at 13. He was advised that failure to respond would result in the dismissal of the action. *Id.* On July 2, 2024, the Court granted Plaintiff's motion for an extension of time, and extended the deadline to August 7, 2024. Dkt. No. 32.

        The deadline has since passed, and Plaintiff has failed to file a second amended complaint in the time provided. Accordingly, this action is **DISMISSED** for violating

Rules 18(a) and 20(a) of the Federal Rules of Civil Procedure.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated:  _August 19, 2024_____

_____
BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
PRO-SE\BLF\CR.23\06141Khan_dism(noSAC)