UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MUHAMMAD KHAN,

    Plaintiff,

v.

HALEY MADSEN, et al.,

    Defendants.

Case No. 23-cv-06141 BLF (PR)

**JUDGMENT**

For the reasons stated in the order of dismissal, this case is DISMISSED without prejudice. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: _August 19, 2024_____

BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.23\06141Khan_judgment