UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MUHAMMAD KHAN,

    Plaintiff,

v.

HALEY MADSEN, et al.,

    Defendants.

Case No. 23-cv-06141 BLF (PR)

**ORDER GRANTING MOTION FOR FINAL EXTENSION OF TIME TO FILE MOTION TO REOPEN AND SECOND AMENDED COMPLAINT**

(Docket No. 39)

    Plaintiff, a state prisoner, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against prison staff at the Correctional Training Facility ("CTF"). This matter was dismissed and judgment entered on August 19, 2024. Dkt. Nos. 33, 34. Plaintiff was thereafter granted leave to file a motion to reopen and a second amended complaint by September 18, 2024. Dkt. No. 36.

    On October 7, 2024, Plaintiff filed a motion to extend the time, stating delays in getting all his documents, illness, ailments related to his hands and wrists, and limited access to resources. Dkt. No. 39. Good cause appearing, Plaintiff's request for a final extension of time **until October 24, 2024**, is **GRANTED**. **No further extensions of time shall be granted.**

    The Clerk shall include a copy of the docket with a copy of this order to Plaintiff.

This order terminates Docket No. 39.

**IT IS SO ORDERED.**

Dated: _October 9, 2024_____                    /s/ Beth Labson Freeman
                                                    _____
                                                    BETH LABSON FREEMAN
                                                    United States District Judge

Order Granting EOT; Inst to Clerk
PRO-SE\BLF\CR.23\06141Khan_eot_reopen&SAC