UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMAD KHAN,<br><br>    Plaintiff,<br><br>    v.<br><br>HALEY MADSET, et al.,<br><br>    Defendants. | Case No. 23-cv-06141 BLF<br><br>**ORDER VACATING JUDGMENT AND REOPENING CASE** |

Plaintiff, proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983 against prison staff at the Correctional Training Facility ("CTF"). This matter was dismissed and judgment entered on August 19, 2024, after Plaintiff failed to file a second amended complaint in the time provided. Dkt. Nos. 33, 34. Plaintiff was thereafter granted leave to file a motion to reopen and a second amended complaint, and subsequently an extension of time to do so, based on his recent parole and missing court mail. Dkt Nos. 36, 40.

Plaintiff, who now resides out of state, filed two amended complaints, which he asserts contains bifurcated claims to comply with the Court's Order of Dismissal with Leave to Amend (Dkt. No. 30). Dkt. Nos. 41-44. The Court will construe these filing as a motion to reopen and will GRANT the request. The Court shall conduct an initial review of the complaint in a separate order.

For the reasons stated above, the Judgment entered on August 19, 2024, Dkt. No. 34, is **VACATED**.  The Clerk shall reopen this matter.

**IT IS SO ORDERED.**

Dated:  __February 19, 2025__

_____
BETH LABSON FREEMAN
United States District Judge

Order Reopening Action
P:\PRO-SE\BLF\CR.23\06141Khan_reopen

2