1  ROB BONTA
   Attorney General of California
2  MARISA KIRSCHENBAUER
   Supervising Deputy Attorney General
3  KENDALL W. HANNON
   Deputy Attorney General
4  State Bar No. 266998
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 510-3602
6    Fax:  (415) 703-5843
     E-mail:  Kendall.Hannon@doj.ca.gov
7  *Attorneys for Defendants*
   *H. Madsen, J. Reed, J. Bojorquez and J. Gonzales*
8

9                   IN THE UNITED STATES DISTRICT COURT

10                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                            SAN JOSE DIVISION

12

13  | | |
    |---|---|
    | **MUHAMMAD KHAN,** | 5:23-cv-06141 BLF (PR) |
    | Plaintiff, | **ORDER** |
    | v. | |
    | **MADSEN, et al.,** | |
    | Defendants. | |

20      Defendants Madsen, Reed, Bororquez and Gonzalez filed a motion for extension of time to

21  file a dispositive motion (ECF No. 53.)  The Court has read and considered Defendants' motion

22  and the accompanying declaration of counsel, and finds good cause exists to grant the motion.

23  //
24  //
25  //
26  //
27  //
28  //

                                        1

After full consideration, and good cause appearing, the motion is GRANTED. Defendants shall file a dispositive motion on or before August 19, 2025. Consistent with the Court's Order (ECF No. 46), Plaintiff's opposition to Defendants' dispositive motion shall be filed and served no later than twenty-eight (28) days after the date on which Defendants' motion is filed. Defendants shall file a reply brief no later than fourteen (14) days after Plaintiff's opposition is filed. Absent further order, the motion will be deemed submitted as of the date of the reply brief is due without a hearing.

**IT IS SO ORDERED.**

Dated: May 20, 2025

The Honorable Beth Freeman
United States District Judge

SF2025301147
44625618.docx