ROB BONTA
Attorney General of California
MARISA KIRSCHENBAUER
Supervising Deputy Attorney General
KENDALL W. HANNON
Deputy Attorney General
State Bar No. 266998
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3602
 Fax:  (415) 703-5843
 E-mail:  Kendall.Hannon@doj.ca.gov
*Attorneys for Defendants*
*H. Madsen, J. Reed, J. Bojorquez and J. Gonzales*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **MUHAMMAD KHAN,** | 5:23-cv-06141 BLF (PR) |
| Plaintiff, | **ORDER** |
| v. | |
| **MADSEN, et al.,** | |
| Defendants. | |

Defendants Madsen, Reed, Bojorquez and Gonzalez filed a motion for extension of time to file a dispositive motion (ECF No. 55.)  The Court has read and considered Defendants' motion and the accompanying declaration of counsel, and finds good cause exists to grant the motion.

//

//

//

//

//

//

1

After full consideration, and good cause appearing, the motion is GRANTED. Defendants shall file a dispositive motion on or before October 20, 2025. Consistent with the Court's Order (ECF No. 46), Plaintiff's opposition to Defendants' dispositive motion shall be filed and served no later than twenty-eight (28) days after the date on which Defendants' motion is filed. Defendants shall file a reply brief no later than fourteen (14) days after Plaintiff's opposition is filed. Absent further order, the motion will be deemed submitted as of the date of the reply brief is due without a hearing.

**IT IS SO ORDERED.**

Dated: July 15, 2025

The Honorable Beth Freeman
United States District Judge

SF2025301147
44691037.docx